IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID GEE, | : | Civil No. 3:17-cv-345 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| MARY SABOL, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 10th day of May, 2018, in accordance with the Court's Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motions (Docs. 25, 32) to compel discovery are **DENIED without prejudice**.

2. Plaintiff's motion (Doc. 26) for sanctions is **DENIED without prejudice**.

3. Defendants' request (Doc. 28) that the Court deny Plaintiff's motion to compel discovery is **GRANTED**.

4. The parties shall confer in good faith regarding any outstanding discovery issues within thirty (30) days of the date of this Order.

5. Within ten (10) days following the conclusion of the parties' conference, each party shall file a separate status report with the Court adhering to the standards set forth herein.

Robert D. Mariani
United States District Judge