IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID GEE, | : | Civil No. 3:17-cv-345 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| MARY SABOL, *et al.*, | : | |
| Defendants | : | |

### ORDER

**AND NOW**, this 9th day of October, 2020, upon consideration of Defendants' motion for summary judgment, and it appearing that, as of the date of this Order, Plaintiff has failed to oppose Defendants' motion, **IT IS HEREBY ORDERED THAT**:

1. On or before October 30, 2020, Plaintiff shall file a brief in opposition to Defendants' motion for summary judgment. Failure to file an opposition brief will result in Defendants' motion (Doc. 49) being deemed unopposed. See L.R. 7.6.

2. On or before October 30, 2020, Plaintiff shall file a statement of material facts specifically responding to the numbered paragraphs in Defendants' statement of material facts (Doc. 51). See L.R. 56.1.

    a. The statement of material facts shall include specific references to the parts of the record that support the statements and shall comply in all respects with Local Rule 56.1.

b. Failure to timely file a statement of material facts in accordance with Local Rule 56.1 will result in the facts set forth in Defendants' statement of material facts (Doc. 51) being deemed admitted. *See* L.R. 56.1

_____
Robert D. Mariani
United States District Judge